262 So.2d 784

STATE of Louisiana

v.

Belinda Marie SMITH.

No. 52525.

June 13, 1972.

Writ refused. Defendant has an adequate remedy for review in the event of conviction.

262 So.2d 784

A. J. MYERS

v.

C. Murray HENDERSON, Warden of Louisiana State Penitentiary, Angola, Louisiana.

No. 52520.

June 13, 1972.

BARHAM, J., concurs. Having reviewed the question raised and refused relief on a motion for rehearing after appeal was denied, relator's proper remedy is by application for review by the United States Supreme Court.

TATE, J., concurs in the denial for the reasons stated by Justice Barham.